UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SONYA STIRGUS | * | CIVIL ACTION NO.: 17-11645 |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | JUDGE: Ivan L.R. Lemelle |
| | * | |
| DILLARD DEPARTMENT | * | MAGISTRATE: Janis van Meerveld |
| STORES, INC. | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO COMPEL RESPONSES TO DISCOVERY

NOW INTO COURT, through undersigned counsel, comes Higbee LANCOMS, LP ("Dillard's"), who, for the reasons laid out in the attached memorandum, respectfully moves for an Order compelling the plaintiff to respond to the Interrogatories and Requests for Production of Documents to propounded to her.

WHEREFORE, Higbee LANCOMS, LP moves this Honorable Court pursuant to Federal Rules of Civil Procedure Rule 37 for an Order compelling the plaintiff, Sonya Sturgis, to fully respond to the its Interrogatories and Request for Production of Documents, awarding attorney's fees and expenses incurred by the defendant in preparing, filing, and obtaining a ruling on this Motion.

Respectfully submitted,

*/s/ Jason A. Camelford*
Lambert J. Hassinger, Jr. T.A. (#21638)
jhassinger@gallowayjohnson.com
Jason A. Camelford (#33048)
jcamelford@gallowayjohnson.com
Galloway, Johnson, Tompkins,
    Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Fax:  (504) 525-2456

## CERTIFICATE OF SERVICE

I certify that on the 29th day of January 2018, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Jason A. Camelford*
Jason A. Camelford