UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SONYA STIRGUS | * | CIVIL ACTION NO.: 17-11645 |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | JUDGE: Ivan L.R. Lemelle |
| | * | |
| DILLARD DEPARTMENT | * | MAGISTRATE: Janis van Meerveld |
| STORES, INC. | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF MOTION TO COMPEL RESPONSES TO DISCOVERY

MAY IT PLEASE THE COURT:

Dillard's, through undersigned counsel, propounded Interrogatories and Requests for Production of Documents to the Plaintiff on November 7, 2017. After the plaintiff failed to respond, Counsel for Dillard's arranged a discovery conference for January 10, 2016, at 10:00 a.m. However, when undersigned counsel called plaintiff's counsel for the conference, he was unavailable. Since that time, the plaintiff has still not responded.

As the plaintiff has yet to provide responses or objections to any of Dillard's discovery requests, Dillard's moves for an Order compelling the plaintiff to fully respond, and awarding attorney's fees and expenses incurred by Dillard's in preparing, filing, and obtaining a ruling on this Motion pursuant to 28 U.S.C. 1927.

Respectfully submitted,

*/s/ Jason A. Camelford*
Lambert J. Hassinger, Jr. T.A. (#21638)
jhassinger@gallowayjohnson.com
Jason A. Camelford (#33048)
jcamelford@gallowayjohnson.com
Galloway, Johnson, Tompkins,
    Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Fax:  (504) 525-2456

## CERTIFICATE OF SERVICE

I certify that on the 29th day of January 2018, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Jason A. Camelford*
Jason A. Camelford