UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SONYA STIRGUS | * | CIVIL ACTION NO.: 17-11645 |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | JUDGE: Ivan L.R. Lemelle |
| | * | |
| DILLARD DEPARTMENT | * | MAGISTRATE: Janis van Meerveld |
| STORES, INC. | * | |
| | * | |
| Defendant. | * | |

**************************************

### <u>ORDER</u>

Considering the above and foregoing Motion to Compel;

IT IS HEREBY ORDERED THAT the Plaintiff, Sonya Sturgis, shall appear and show cause on the _____ **day of** _____, **2018, at** _____ **a.m.** why:  (1) the Motion to Compel filed by Dillard's should not be granted; (2) Sonya Sturgis should not be compelled to fully respond to the Dillard's Interrogatories and Requests for Production of Documents; and (3) Dillard's should not be awarded attorney's fees and expenses it has incurred in preparing, filing, and obtaining a ruling on this Motion to Compel.

New Orleans, Louisiana this ___ day of _____, 2018.

_____

UNITED STATES MAGISTRATE JUDGE