UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SONYA STIRGUS | * | CIVIL ACTION NO.: 17-11645 |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | JUDGE: Ivan L.R. Lemelle |
| | * | |
| DILLARD DEPARTMENT | * | MAGISTRATE: Janis van Meerveld |
| STORES, INC. | * | |
| | * | |
| Defendant. | * | |

**************************************

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Compel Discovery Responses is hereby set

for submission before Magistrate Judge Meerveld on February 21, 2017 at 11:00 a.m.

Respectfully submitted,

*/s/ Jason A. Camelford*
Lambert J. Hassinger, Jr. T.A. (#21638)
jhassinger@gallowayjohnson.com
Jason A. Camelford (#33048)
jcamelford@gallowayjohnson.com
Galloway, Johnson, Tompkins,
    Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:  (504) 525-6802
Fax:  (504) 525-2456

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 29th day of January 2018, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Jason A. Camelford*
Jason A. Camelford