UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SONYA STIRGUS | * | CIVIL ACTION NO.: 17-11645 |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | JUDGE: Ivan L.R. Lemelle |
| | * | |
| DILLARD DEPARTMENT | * | MAGISTRATE: Janis van Meerveld |
| STORES, INC. | * | |
| | * | |
| Defendant. | * | |

**************************************

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant Higbee LAMCOMS, LP ("Dillard's"), who, pursuant to Federal Rule of Civil Procedure 56 and LR 56.1, moves this Honorable Court for summary judgment, dismissing the plaintiff's claims because she cannot meet her burden of proof under Louisiana Revised Statute 9:2800.6(A). Specifically, she cannot establish that Dillard's was negligent or that it failed to exercise reasonable care.

WHEREFORE, Dillard's prays that its Motion for Summary Judgment be granted and that plaintiff's claims be dismissed with prejudice.

Respectfully submitted,

*s/Lambert J. Hassinger, Jr.*_____
Lambert J. Hassinger, Jr. (#21683) TA
jhassinger@gallowayjohnson.com
Jason A. Camelford (#33048)
jcamelford@gallowayjohnson.com
Galloway, Johnson, Tompkins, Burr & Smith
4040 One Shell Square
701 Poydras Street
New Orleans, Louisiana  70139
Tel.:  (504) 525-6802; Fax:  (504) 525-2456

## CERTIFICATE OF SERVICE

I certify that on August 7, 2018, a copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECEF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Lambert J. Hassinger, Jr.*
Lambert J. Hassinger, Jr.