UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| SONYA STIRGUS | | * | CIVIL ACTION NO.: 17-11645 |
| | Plaintiff, | * | |
| | | * | |
| vs. | | * | |
| | | * | JUDGE: Ivan L.R. Lemelle |
| | | * | |
| DILLARD DEPARTMENT | | * | MAGISTRATE: Janis van Meerveld |
| STORES, INC. | | * | |
| | | * | |
| | Defendant. | * | |

**************************************

**NOTICE OF SUBMISSION OF**
**HIGBEE LANCOMS, LP'S MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that Higbee LANCOMS, LP will submit its Motion For Summary Judgment to the Honorable Ivan L.R. Lemelle, United States District Court Judge for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana for hearing on the 22nd day of August at 9 o'clock a.m.

Respectfully submitted,

/s/ *Lambert J. Hassinger, Jr.*
Lambert J. Hassinger, Jr. T.A. (#21638)
jhassinger@gallowayjohnson.com
Jason A. Camelford (#33048)
jcamelford@gallowayjohnson.com
Galloway, Johnson, Tompkins, Burr &
        Smith
701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone:    (504) 525-6802
Fax:          (504) 525-2456

2

## CERTIFICATE OF SERVICE

I certify that on the 7th day of August, 2018, a copy of the foregoing has been filed electronically with the Clerk of Court using the CM/ECEF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ *Lambert J. Hassinger, Jr.*
Lambert J. Hassinger, Jr.
Jason A. Camelford