FILED FOR RECORD 09/27/2017 11:37:41
Shelley M. Mauterer, DY CLERK
JEFFERSON PARISH, LA.

### 24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

### STATE OF LOUISIANA

NO. 776-287

DIVISION H    $400
$29.36

### SONYA STIRGUS

### VERSUS

### DILLARD DEPARTMENT STORES, INC.

FILED: _____    _____

**DEPUTY CLERK**

### PETITION FOR DAMAGES

The petition of SONYA STIRGUS, a person of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana, respectfully represents that:

I.

Made defendant is DILLARD DEPARTMENT STORES, INC., a business corporation, authorized to do and doing business in the Parish of Jefferson, State of Louisiana; who is indebted unto your petitioner, SONYA STIRGUS, for the following reasons, to-wit:

II.

On or about the 21ST day of October, 2016, your petitioner, SONYA STIRGUS, was a customer at Dillard Department Store in Oakwood Shopping Center in the Parish of Jefferson, State of Louisiana. As she was shopping, a mannequin fell from a top shelf onto petitioner, without warning or being caused by her or another customer. The mannequin striking your petitioner caused injuries and damages to your petitioner.

III.

Pursuant to Louisiana Code of Civil Procedure Article 893, as amended, Petitioner states that her individual damages may exceed the specific amount of damages necessary to establish the right to a jury trial.

Petitioner reserves her individual right to supplement and/or amend this paragraph of her petition, as the nature and extent of her injuries and resultant damages may change over time.

IV.

As a result of said accident, petitioner SONYA STIRGUS, was caused bodily injuries.

Exhibit "C"

V.

The above-described accident and ensuing injuries to your petitioner, SONYA STIRGUS, was proximately caused by no fault of her own, but by the negligence of the defendants in the following illustrative, but not necessarily exclusive, acts of negligence:

1. Failure to properly maintain displays of merchandise on premises;

2. Failure to warn customers and/or their guest of known dangerous conditions which were created by defendant;

3. Failure to adequately inspect and secure property and/or displays;

4. Placing customers, and/or their guests in a perilous situation by lack of properly secured merchandise; and

5. Any and all other acts of negligence which will be proved at the trial hereof.

VI.

As a result of defendant's negligence enumerated herein above, petitioner, SONYA STIRGUS, itemizes her damages as follows:

1. Past, present and future physical and mental pain and suffering;

2. Medical expenses, past and future; and

3. Any and all other damages which will be proved at the trial hereof.

VII.

Petitioner herein SONYA STIRGUS, pursuant to La.C.C.P. Article 1572, asks this Court for written notice ten (10) days in advance of the date fixed for the Trial or hearing of any Exception, Motion, Rule or Trial on the Merits, in the captioned proceeding, and in accordance with La.C.C.P. Articles 1913 and 1914, petitioner requests immediate notice of all Interlocutory and Final Orders and Judgments on Exceptions, Motions, Rules, or the Trial on the Merits in the captioned proceeding.

WHEREFORE, your petitioner prays that defendant be duly served and cited to appear and answer this petition, all as provided by law; that after all legal delays and due proceedings are had, there be judgment herein jointly, severally and in solido against the defendant, DILLARD DEPARTMENT STORES, INC. and in favor of SONYA STIRGUS, petitioner herein, for reasonable damages, together with legal interest thereon from the date of judicial

demand until paid, for all costs of these proceedings, and for all general and equitable relief.

RESPECTFULLY SUBMITTED,

WILLIAM E. MURA, JR. (#9834)
WARREN A. FORSTALL, JR. (#5717)
320 N. Carrollton Avenue, Suite 200
New Orleans, LA 70119
Telephone: (504) 483-3400
Facsimile : (504) 483-3447
Email: bill@wmuralaw.com
Attorneys for SONYA STIRGUS

**PLEASE SERVE:**

DILLARD DEPARTMENT STORES, INC.
through its registered agent for service of process:
C T Corporation System
3867 Plaza Tower Drive
Baton Rouge, LA 70816

EBR
13185
$29.36

3