UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| SONYA STIRGUS | | * | CIVIL ACTION NO.: 17-11645 |
| | Plaintiff, | * | |
| | | * | |
| VS. | | * | |
| | | * | JUDGE: Ivan L.R. Lemelle |
| | | * | |
| DILLARD DEPARTMENT | | * | MAGISTRATE: Janis van Meerveld |
| STORES, INC. | | * | |
| | | * | |
| | Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF JUSTIN DUBYAK

Pursuant to 28 USC §1746, I declare that:

1. My name is Justin Dubyak. I was the manager of the Dillard's at Oakwood Shopping Center from June 2016 to February 2018.

2. I am authorized to make this declaration on behalf of Dillard's.

3. It is store policy that Dillard's employees frequently inspect the aisles, passageways, floors, and shelves to ensure that they are safe, and to ensure that the store is free of hazards that may cause injury.

4. In the lingerie department, Dillard's associates clean surfaces and shelves daily.

5. While I was the manager of the Dillard's at the Oakwood Shopping Center, I walked the store every day to ensure that the displays were set up properly.

6. In the 2 years that I was the manager of the Oakwood Shopping Center location, no mannequin ever fell on a customer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 7, 2018.

_____
Justin Dubyak

8/7/18

Page 1 of 1

<span style="color:red">Exhibit "D"</span>