# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SONYA STIRGUS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 17-11645** |
| | * | |
| **DILLARD DEPARTMENT STORES, INC.** | * | **SECTION "B" 1** |
| | * | |

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, come plaintiff, Sonya Stirgus, who submits the following Witness and Exhibit List as follows:

### Witnesses:

Plaintiff may call the following witnesses at the trial in the above matter:

1. Sonya Stirgus;

2. Dr. Pamela Conley, Advanced Medical Center of Gretna, LLC;

3. Dr. Victor Flynn, DC, Advanced Medical Center of Gretna, LLC;

4. Kiara Landry;

5. Walter Boone;

6. Dillards/ Highbee Lancoms, LP "business manager;"

7. A representative of Algiers Urgent Care; and

8. Any witness listed, identified or called by any other party.

### Exhibits:

Plaintiff may introduce the following exhibits at trial: .

1. Medical records and bills from Advanced Medical Center of Gretna;

Exhibit "E"

Case 2:17-cv-11645-ILRL-JVM Document 12 Filed 07/31/18 Page 2 of 2

2.  Medical records and bill from Algiers Urgent Care;

3.  Any and all Incident reports prepared by defendant;

4.  In-store surveillance video;

5.  Photographs of the incident scene and object(s) involved; and

6.  Any exhibits listed, identified or introduced by any other party.

Respectfully submitted:

_____
WILLIAM E. MURA, JR. (#9834)
WARREN A. FORSTALL, JR. (#5717)
320 N. Carrollton Ave., Suite 200
New Orleans, Louisiana 70119
Telephone:    (504) 483-3400
Facsimile:    (504) 483-3447
E-Mail:    bill@wmuralaw.com
Attorneys for Plaintiff, Sonya Stirgus

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by either CM/EDF or by mailing the same to each properly addressed and postage prepaid on this 31st day of July, 2018.

_____
WILLIAM E. MURA, JR.

2