# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SONYA STIRGUS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 17-11645 |
| | * | |
| DILLARD DEPARTMENT STORES, INC. | * | SECTION "B" 1 |
| | * | |

## PLAINTIFF'S
## STATEMENT OF MATERIAL FACTS TO WHICH THERE IS NO GENUINE ISSUE

1.    The torso mannequin that fell was not attached to a stabilizer metal base stand. (Document 13-5)

2.    The other torso mannequins in the lingerie department were attached to a stabilizer metal base stand and rod. (Plaintiff's Exhibit C)

3.    The mannequin that fell was touched, moved and cleaned by defendant's employees (Declaration of Dubyak) on a daily basis.

4.    It is unknown which employee removed the stabilizer metal base stand from the mannequin that fell and when that happened.

5.    It is unknown which employee failed to replace the stabilizer metal base stand and when that omission took place.

6.    The mannequin that fell was not put back on the shelf "to ensure that the area was going to continue to be safe." (Document 13-4, page 25)

7.    Mr. Dubyak's daily inspections were obviously negligent as he failed to notice the missing metal support base.

8.  There is no credible admissible evidence that Plaintiff's children were 'hyper and running around at the time of the accident.'

9.  Mr. Dubyak failed "...to ensure that this display was set up properly and safe."

10. Kiana Landry, defendant's associate on duty at the time of Plaintiff's accident as well as Mr. Boone, the area manager, failed to notice the missing metal base stand. (Plaintiff's Exhibit D, Defendant's customer accident investigation report with attached witness statement.)

11. The defendant's in store video surveillance does not show Plaintiff's children being "hyper" or "running around" either before or after the plaintiff was injured.

12. The mannequin that fell and the display shelf are no longer in Defendant's possession.

13. The mannequin that fell was in the care, custody and control of the defendant.

Respectfully submitted:

_____
WILLIAM E. MURA, JR. (#9834)
WARREN A. FORSTALL, JR. (#5717)
320 N. Carrollton Ave., Suite 200
New Orleans, Louisiana 70119
Telephone:    (504) 483-3400
Facsimile:    (504) 483-3447
E-Mail:       bill@wmuralaw.com
Attorneys for Plaintiff, Sonya Stirgus

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by either CM/EDF or by mailing the same to each properly addressed and postage prepaid on this 14th day of August, 2018.

_____