UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SONYA STIRGUS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 17-11645 |
| | * | |
| DILLARD DEPARTMENT STORES, INC. | * | SECTION "B" 1 |
| | * | |

DECLARATION OF SONYA STIRGUS

Pursuant to 28 USC § 1746, I declare that:

1.    My name is Sonya Stirgus.  I am the Plaintiff in the above captioned matter.

2.    At the time of my accident, the night of October 21, 2016, the only people in the vicinity were myself and my two children.

3.    At the time of the accident, the night of October 21, 2016, besides myself and my two children, there were no other persons or customers in the vicinity.

I declare, under penalty of perjury that the foregoing is true and correct.

Executed on August ___14ᵗʰ___, 2018.

_____
Sonya Stirgus