## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SONYA STIRGUS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 17-11645 |
| | * | |
| DILLARD DEPARTMENT STORES, INC. | * | SECTION "B" 1 |
| | * | |

### NOTICE OF MANUAL ATTACHMENT
### EXHIBIT B TO PLAINTIFF'S OPPOSITION TO
### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff's Exhibit B is a CD of the surveillance video from the date of the accident provided to Plaintiff by defendant HIGBEE Lancoms, LP ("Dillard's") that is on file with the Clerk's Office.

Respectfully submitted:

_____
WILLIAM E. MURA, JR. (#9834)
WARREN A. FORSTALL, JR. (#5717)
320 N. Carrollton Ave., Suite 200
New Orleans, Louisiana 70119
Telephone:     (504) 483-3400
Facsimile:     (504) 483-3447
E-Mail:        bill@wmuralaw.com
Attorneys for Plaintiff, Sonya Stirgus

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing pleading has been served upon counsel for all parties by either CM/EDF or by mailing the same to each properly addressed and postage prepaid on this 14th day of August, 2018.

_____
WILLIAM E. MURA, JR.