## Customer Accident Investigation Report

| Store # | | |
|---|---|---|
| 762 | | |

**Who**

| Last name | First Name | Social Security Number |
|---|---|---|
| Sturgis | Sonya | 438 - 61 - 7404 |

| Address | City | State | Zip |
|---|---|---|---|
| 1418 Behrman Ave | New Orleans | LA | 70114 |

| Phone Number | Date of birth |
|---|---|
| (504) 272 - 4928 | 2/25/1984 |

**When/Where**

| Date of Accident | Time | Date reported |
|---|---|---|
| 10/21/2016 | 8:05 | 10/21/2016 |

To whom was the accident first notified to? Kiara Landry

Location of accident (be as specific as possible) lingerie wall display

Did this happen outside the building? ☐ Yes ☑ No   If yes, explain:

Was an outside vendor/contractor involved? ☐ Yes ☑ No   If yes, explain:

**What/How**

Description of how the accident occurred While browsing merchandise under a lingerie wall display, the form fell striking Ms Sturgis in the head.

Was a picture taken of the accident site? ☑ Yes ☐ No

Was the location clean and dry? ☑ Yes ☐ No   If No, explain:

**Witnesses**

| Last name | First Name | Phone Number |
|---|---|---|
| | | ( ) - |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

| Last name | First Name | Phone Number |
|---|---|---|
| | | ( ) - |

| Address | City | State | Zip |
|---|---|---|---|
| | | | |

**Injury**

Medical treatment sought? ☐ Yes ☑ No    Physician (if known)

**Type of Accident**
- ☐ Fall
- ☐ Slip
- ☐ Trip
- ☐ Struck Against
- ☑ Struck By
- ☐ Caught In
- ☐ False Arrest Allegation
- ☐ Auto Accident
- ☐ Elevator
- ☐ Escalator
- ☐ Damage to Property
- ☐ Other _____

**Type of injury/damage**
- ☐ Concussion
- ☐ Contusion
- ☐ Fracture
- ☐ Sprain/Strain
- ☐ Concussion
- ☐ Burn
- ☐ Other _____
- ☐ Electric Shock
- ☐ Laceration(s)
- ☐ Puncture
- ☐ Damage to Property
- ☐ Amputation
- ☐ Other _____

**Part of Body**
- ☑ Head
- ☐ Neck
- ☐ Shoulder(s)
- ☐ Wrist(s)
- ☐ Hand(s)
- ☐ Back
- ☐ Chest (ribs, soft tissue)
- ☐ Pelvis
- ☐ Internal organs
- ☐ Hip
- ☐ Thigh
- ☐ Knee
- ☐ Ankle
- ☐ Foot
- ☐ Toes
- ☐ Other (specify)

**Survey**

| Date Site Surveyed | Time | By | Title |
|---|---|---|---|
| | 8:15 | Walter Boone | ASM |

RECEIVED

NOV 28 2016

DILLARD-CL

EV 2 0162 75844
8:38 P
Boone W

FORM REVISED 11/4/2008

 

# ACCIDENT WITNESS STATEMENT
## Store 762

**Name of Accident Victim** SONYA STURGIS

**Date of Accident** 10/21/16    **Time of Accident** APPRX 8:05 PM

I was working lingerie on 10/21
working with a customer on register
#5 when I heard a big "boom" noise.
I walked over to where It sound like it
came from, after I finish ringing my
customer. That's when I seen a lady
with her head down Just standing there
she picked up her head and I seen she
was crying. I asked what happen & was
she okay, she told me that she was looking
at the shapewear "IC" when the mannequin
Just fell and hit her on the head. I asked
if she wanted me to call anyone she said
no but she guess I can do a report incase
she had to go to the hospital or anything
and that's when I called for a member
of mangement "Cee"

I did not actually witness the
mannequin falling or hitting her

**Printed Name of Witness:** K. Landry    **WKC:**

**Signature:**    **Date:** 10/31/16

RECEIVED

NOV 28 2016

DILLARD-GL