UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SONYA STIRGUS | * | CIVIL ACTION NO.: 17-11645 |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | JUDGE: Ivan L.R. Lemelle |
| | * | |
| DILLARD DEPARTMENT | * | MAGISTRATE: Janis van Meerveld |
| STORES, INC. | * | |
| | * | |
| Defendant. | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF HIGBEE LANCOMS, LP'S MOTION FOR SUMMARY JUDGMENT</u>

NOW INTO COURT, through undersigned counsel, comes Higbee LANCOMS, LP, who respectfully moves this Honorable Court to allow it to file a reply memorandum in response to the opposition filed by the plaintiff (Rec. Doc. No. 16) to its Motion for Summary Judgment (Rec. Doc. 14). The Reply Memorandum is not duplicative, not interposed for a wrongful purpose, and only addresses the necessary issues.

Respectfully submitted,

*/s/ Lambert J. Hassinger, Jr.*_____
Lambert J. Hassinger, Jr. (#21683) TA
Jhassinger@gjtbs.com
Jason A. Camelford (#33048)
jcamelford@gjtbs.com
Galloway, Johnson, Tompkins, Burr & Smith
4040 One Shell Square, 701 Poydras Street
New Orleans, Louisiana  70139
Tel.:  (504) 525-6802; Fax:  (504) 525-2456

**CERTIFICATE OF SERVICE**


      I certify that on August 20, 2018, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECEF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                        */s/ Lambert J. Hassinger, Jr.*_____
                                        Lambert J. Hassinger, Jr.
                                        Jason A. Camelford