UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SONYA STIRGUS | * | CIVIL ACTION NO.: 17-11645 |
| Plaintiff, | * | |
| | * | |
| vs. | * | |
| | * | JUDGE: Ivan L.R. Lemelle |
| | * | |
| DILLARD DEPARTMENT | * | MAGISTRATE: Janis van Meerveld |
| STORES, INC. | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

CONSIDERING the foregoing Motion for Leave to File Reply Memorandum filed on behalf of Higbee LANCOMS, LP;

IT IS ORDERED that the motion is granted.

IT IS FURTHER ORDERED that Higbee LANCOMS, LP shall be allowed to file a reply memorandum in response to the opposition filed by the plaintiff (Rec. Doc. No. 16) to its Motion for Summary Judgment (Rec. Doc. 14).

New Orleans, Louisiana, this 20th day of August, 2018.

_____

UNITED STATES DISTRICT JUDGE IVAN L.R. LEMELLE